**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-12-126 |
| | § | |
| OKORO OKEREKE | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 23). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 30, 2012 |
| Responses are to be filed by: | June 13, 2012 |
| Pretrial conference is reset to: | **June 18, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 25, 2012 at 9:00 a.m.** |

SIGNED on April 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge